PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2025

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Porath, Jonas | Docket No. | 0980 2:25CR00075-RLP-5 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant, Jonas Porath, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 21st day of August 2025, under the following conditions:

**Condition #13:** Substance abuse Evaluation and Treatment: Defendant shall participate and undergo a substance abuse evaluation. Pretrial Services may determine/approve the evaluators, schedule, and place of any evaluation. Defendant shall be responsible for the cost of testing, evaluation, and treatment, unless the United States Probation Office should determine otherwise. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and treatment provider to exchange without qualification, in any forma and at any time, any and all information of records related to Defendant's conditions of release and supervision, and evaluation, treatment and performance in the program. It shall be the responsibility of defense counsel to provide such waivers. Following any evaluation or treatment ordered here, Defendant shall complete any recommended aftercare program including inpatient treatment, outpatient treatment, and any recommended counseling. If Defendant terminates any treatment program before it is completed, the treatment provider and Defendant shall immediately notify the U.S. Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Jonas Porath is alleged to have violated the conditions of pretrial release supervision by being unsuccessfully discharged from inpatient substance use disorder (SUD) treatment at Spokane Addiction and Recovery Center (SPARC) on September 13, 2025.

On or about August 22, 2025, Mr. Porath was temporarily released from custody to enter inpatient SUD treatment at SPARC. Absent any further orders from the Court, Mr. Porath was ordered to return to custody upon either discharge or completion of inpatient SUD treatment at SPARC.

On September 13, 2025, a staff member from SPARC left a voicemail message with the undersigned officer advising Mr. Porath had been unsuccessfully discharged from inpatient substance abuse treatment at SPARC.

On September 15, 2025, the undersigned officer was forwarded another voicemail message from the U.S. Probation Office's main telephone line that Mr. Porath had left on September 13, 2025. In that message, Mr. Porath advised he had been terminated from treatment services at SPARC and inquired what he needed to do to surrender back to the Spokane County Jail.

Upon receiving that message, the undersigned officer contacted Mr. Porath on September 15, 2025. He confirmed he was unsuccessfully discharged from treatment services at SPARC on September 13, 2025, for not successfully completing a chore and also previously receiving a write up for falling asleep in a group session.

Later on September 15, 2025, the undersigned spoke with Mr. Porath's assigned counselor at SPARC. The counselor confirmed Mr. Porath received three disciplinary write ups in between September 4 through 6, 2025. The disciplinary write up that occurred on September 6, 2025, resulted in a "last chance contract." Mr. Porath was advised that any further infractions would result in his termination from treatment services at SPARC.

PS-8
Re: Porath, Jonas
September 16, 2025
Page 2

On September 13, 2025, Mr. Porath failed to complete his chore, which was cleaning the facility's kitchen. When confronted about not satisfactorily completing the chore by SPARC staff, Mr. Porath allegedly punched a wall in the facility. Subsequently, Mr. Porath was unsuccessfully discharged from SUD treatment services at SPARC.

It should be noted, on September 15, 2025, Mr. Porath reported to the U.S. Probation Office and provided a urine specimen that tested negative. Mr. Porath, subsequently, surrendered back to custody at the Spokane County Jail on September 15, 2025.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: September 16, 2025

by    s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[X] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

_____
Signature of Judicial Officer

September 17, 2025
Date